IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SIREINO JOE MARTINEZ,

    Petitioner,           No. CIV S-12-0119 EFB P

    vs.

UNITED STATES OF AMERICA, et al.,

    Respondents.        ORDER

_____/

Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2241.

A petitioner seeking a writ of habeas corpus either must pay the $5.00 filing fee, *see* 28 U.S.C. § 1914(a), or request leave of court to proceed *in forma pauperis*, 28 U.S.C. § 1915(a). Petitioner has neither paid the fee nor submitted an application for leave to proceed *in forma pauperis*.[1]

---

[1] Petitioner states in his petition that "Rule 60(b) motions are continuation [sic] of a criminal case, so no docket fee applies. A $5 docket fee has already been paid in this case for the 2241 habeas action in this court." Dckt. No. 1 at 4. It is not clear to the court whether petitioner intends to file a Rule 60(b) motion in a criminal case, as he prominently labels his petition "Habeas Corpus 28 § 2241" and "Class Action Rule 23(a)." *Id.* at 1. If petitioner intends to file a Rule 60(b) motion, he must file it in his criminal case rather than by way of a separate action.

1  Within 30 days from the day this order is served, petitioner may submit either the filing
2  fee or the application required by section 1915(a).  Petitioner's failure to comply with this order
3  will result in a recommendation that this action be dismissed.  The Clerk of the Court is directed
4  to mail to petitioner a form application for leave to proceed *in forma pauperis*.

5  So ordered.

6  DATED: January 26, 2012.

          EDMUND F. BRENNAN
          UNITED STATES MAGISTRATE JUDGE